UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JONATHAN WILLIAM BEDDER,

     Petitioner,

  v.

SARAH REBECCA BEDDER,

     Respondent.

Case No. 1:13-cv-02
Bowman, M.J.

## JUDGMENT

In accordance with the Memorandum Opinion and Order filed concurrently herewith, **IT IS ORDERED AND ADJUGED THAT**:

1. The petition of Jonathan William Bedder for the return of his minor child, R, to Canada is **GRANTED immediately**, with Petitioner to assume temporary care, custody and control of R and to accompany her on her return to Canada;

2. Due to the present financial inability of Respondent to pay for R's return to Canada, Petitioner shall be responsible for those costs at this time.  For the same reasons, each party shall bear their own costs and fees in this matter;

3. Respondent is not prohibited from accompanying R to Canada to the extent that she is able; however, Petitioner is not required to assist her financially in doing so;

4. Any peace officer in the State of Ohio and any federal officer shall be commanded to enforce this Order of Return, allowing Jonathan William Bedder, the natural father of R, to remove said child from the United States in order to accompany him back to Canada.  Enforcement of this Order is required under the Hague Convention and ICARA, notwithstanding any objection by Sarah Rebecca Bedder;

5.  Both Petitioner and Respondent shall complete a Request for Entry Into the Children's Passport Issuance Alert Program to prevent their child's future removal back to the United States pending a custody determination by an appropriate Canadian court;

6.  This Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention, except to the extent that R shall remain in the custody of her father, and shall reside at Petitioner's parents' home at 405 Laidlaw Blvd, Winnipeg, Manitoba R3P 0K8 Canada, until this Order is modified or cancelled by a court of competent jurisdiction in Canada.

s/ Stephanie K. Bowman<br>
Stephanie K. Bowman<br>
United States Magistrate Judge