UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jonathan Bedder,  Case No. 1:13cv2

    Plaintiff

vs.

Sarah Bender,

    Defendant.

ORDER

The Clerk is hereby ORDERED to seal the Transcript of Proceedings (Decision of the Court) at Doc. 18.

/s/ *Stephanie K. Bowman*
United States Magistrate Judge